UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Rivera,
    *Plaintiff,*
    *v.*

First Advantage,
    *Defendant.*

Docket No. 17-cv-510 (JBA)

**ORDER OF DISMISSAL ON REPORT OF SETTLEMENT**

Counsel reported that this matter has been settled and that no further action is required. This case will now be dismissed.

If the parties wish to file a stipulation of dismissal (for approval by the court or for inclusion in the court's file), they may move to re-open the case by April 19, 2018.

This date may be extended by motion filed under D. Conn. L. Civ. R. 7(b)(2) (requiring good cause).

                    IT IS SO ORDERED.

                    /s/_____
                    Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 19th day of March 2018.