**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| FRANCISCO JOEL RIVERA,<br><br>    *Plaintiff*,<br><br>v.<br><br>FIRST ADVANTAGE BACKGROUND SERVICES CORP.,<br><br>    *Defendant* | Case No. 3:17-cv-510 (JBA) |

## JOINT STIPULATION FOR DISMISSAL

Pursuant to Rule 4l(a)(l), Plaintiff and Defendant stipulate that the complaint herein may be dismissed with prejudice in accordance with the parties' settlement agreement, without costs or fees to any party.

RESPECTFULLY SUBMITTED AND DATED this 16th day of April, 2018.

| FRANCISCO JOEL RIVERA | FIRST ADVANTAGE BACKGROUND SERVICES CORP. |
|---|---|
| By:  */s/ Joanne S. Faulkner* | By:  */s/ Frederick T. Smith* |
| Joanne S. Faulkner ct04137<br>faulknerlawoffice@snet.net<br>123 Avon Street<br>New Haven, CT 06511-2422<br>(203) 772-0395<br><br>James A. Francis (admitted *pro hac vice*)<br>John Soumilas (admitted *pro hac vice*)<br>jfrancis@consumerlawfirm.com<br>jsoumilas@consumerlawfirm.com<br>FRANCIS & MAILMAN, P.C.<br>Land Title Building, Suite 1902<br>100 South Broad Street,<br>Philadelphia, PA 19110<br>(215) 735-8600 | Anthony S. Califano (ct27323)<br>acalifano@seyfarth.com<br>SEYFARTH SHAW LLP<br>Seaport East<br>Two Seaport Lane, Suite 300<br>Boston, MA 02210-2028<br>Telephone: (617) 946-4800<br>Facsimile: (617) 946-4801<br><br>Frederick T. Smith<br>fsmith@seyfarth.com<br>SEYFARTH SHAW LLP<br>1075 Peachtree Street, N.E.<br>Suite 2500<br>Atlanta, GA  30309-3958<br>Telephone: (404) 885-1500<br>Facsimile: (404) 892-7056 |